| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                                       DATE: 5/7/2018
          U.S. MAGISTRATE JUDGE                                 TIME: 11:00 a.m.

*Strike 3 Holding, LLC v. John Doe*, 18-CV-0449 (ENV) (JO)
*Strike 3 Holding, LLC v. John Doe*, 18-CV-1155 (KAM) (JO)
*Strike 3 Holding, LLC v. John Doe*, 18-CV-1159 (KAM) (JO)
*Strike 3 Holding, LLC v. John Doe*, 18-CV-1184 (JBW) (JO)
*Strike 3 Holding, LLC v. John Doe*, 18-CV-1196 (JBW) (JO)
*Strike 3 Holding, LLC v. John Doe*, 18-CV-2073 (ILG) (JO)
*Strike 3 Holding, LLC v. John Doe*, 18-CV-2132 (AMD) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:   Plaintiff     Shireen Nasir (accompanied by Lincoln Bandlow)

               Defendants    No Appearances

SCHEDULING: There are no further conferences scheduled before me at this time.

SUMMARY: As set forth on the record, the plaintiff will file an amended complaint in each case that addresses questions relating to venue raised at today's conference. The motion for expedited discovery is denied as premature. Should the plaintiff later seek similar relief, its motion will address the questions raised at today's conference about the availability of such discovery. If the court allows expedited discovery, the plaintiff has no objection to having the court apply the same discovery as was used in *In re BitTorrent Adult Film Copyright Infringement Cases*, 296 F.R.D. 80, 93 (E.D.N.Y. 2012).

                                                    SO ORDERED

                                                    _____/s/_____
                                                    James Orenstein
                                                    U.S. Magistrate Judge